IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-2759-AP**

**HOLLY J. KAVE,**

                    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

                    Defendant.

---

## ORDER

Kane, J.

      Defendant's Unopposed Motion to Remand (doc. #9), filed February 1, 2013, is

**GRANTED**.

      This civil action is remanded to Defendant pursuant to sentence six of 42 U.S.C.

§ 405(g).

      Dated:  February 1, 2013.

                    BY THE COURT:

                    *s/John L. Kane*
                    JOHN L. KANE, SENIOR JUDGE
                    UNITED STATES DISTRICT COURT