**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02759-AP

HOLLY KAVA,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Nicholas Purifoy, Esq.
    Disability Professionals
    5020 Bob Billings Parkway, Suite B
    Lawrence, KS 66049
    Telephone:  (785) 832-8521
    npurifoy@mydisabilityprofessionals.com

    For Defendant:
    JOHN  F. WALSH
    United States Attorney
    J. BENEDICT. GARCIA
    Assistant United States Attorney

    M. THAYNE WARNER
    Special Assistant United States Attorney
    Assistant Regional Counsel
    Office of the General Counsel
    Social Security Administration
    1001 Seventeenth Street
    Denver, Colorado 80202
    (303) 844-7237
    thayne.warner@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:    October 17, 2012
    B.    Date Complaint Was Served on U.S. Attorney's Office:    January 29, 2013
    C.    Date Answer and Administrative Record Were Filed:    April 15, 2013

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of the parties' knowledge, the Administrative Record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:** None anticipated.
**Defendant states:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:** To the best of her knowledge, this case does not involve unusual claims or defenses.
**Defendant states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

**7.    OTHER MATTERS**

This case was voluntarily remanded by the Commissioner on February 1, 2013, in order to obtain evidence that was missing in the transcript. *See* Doc. 9. That request was subsequently granted. *See* Doc. 10. After the missing documents were obtained and added to the transcript, the Commissioner moved to reopen the case. *See* Doc. 11. The Court subsequently granted that motion. *See* Doc. 13.

This case is on an appeal from a decision issued on remand from this court from Judge Babcock (case no. 1:07-cv-01983-LTB). *See* Administrative Record, pp. 422-438.

**8.    BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due:    June 17, 2013
    B.    Defendant's Response Brief Due:    July 17, 2013
    C.    Plaintiff's Reply Brief (If Any) Due:    August 1, 2013

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement: Plaintiff does not request oral argument.
    B.    Defendant's Statement: Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( x ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.    (  ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 7th day of May, 2013.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| /s/ Nicholas Purifoy | JOHN F. WALSH |
|---|---|
| Nicholas Purifoy, Esq. | United States Attorney |
| Disability Professionals | J. BENEDICT. GARCIA |
| 5020 Bob Billings Parkway, Suite B | Assistant United States Attorney |
| Lawrence, KS 66049 | |
| Telephone: (785) 832-8521 | /s/ M. Thayne Warner |
| npurifoy@mydisabilityprofessionals.com | M. THAYNE WARNER |
| | Special Assistant United States Attorney |
| | Assistant Regional Counsel |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, Colorado 80202 |
| | (303) 844-7237 |
| | thayne.warner@ssa.gov |