IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-2759-AP**

**HOLLY KAVA,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Unopposed Motion for Leave to File Defendant's Response Brief Out of Time (doc. #19), filed July 19, 2013, is **GRANTED.**  The Response Brief is accepted as timely filed.  The deadline for filing the reply brief, if any, is extended to August 5, 2013.

Dated:  July 19, 2013